FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PATRICK BROWN, an individual,<br><br>            Plaintiff,<br>vs.<br><br>DUNKIN' DONUTS INCORPORATED, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.: 2:14-cv-06443-CAS-JPR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:      Hon. Christina A. Snyder<br>Courtroom.: 5<br><br>Action Filed:      July 16, 2014<br>Action Removed: August 15, 2014 |

1

[PROPOSED] ORDER GRANTING
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

1  The Court, having reviewed Plaintiff James Patrick Brown's ("Plaintiff") and Defendant Dunkin' Brands, Inc.'s, sued as Dunkin' Donuts Incorporated, ("Defendant") (collectively, the "Parties") Joint Stipulation for Dismissal of this Action filed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure filed at ECF Dkt. No. 17, HEREBY ORDERS:

1. This Action is hereby DISMISSED WITH PREJUDICE.
2. The Parties shall bear their own costs, attorneys' fees, and expenses.

**IT IS SO ORDERED.**

Date: March 11, 2015

_____
Hon. Christina A. Snyder
United States District Court Judge